UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| APRIL HAWKINS | CIVIL ACTION |
| VERSUS | No. 21-746 |
| JEFFERSON CAPITAL SYSTEMS, LLC | SECTION I |

### ORDER

Before the Court is defendant Jefferson Capital Systems, LLC's ("JCS") motion[1] to compel arbitration. Plaintiff April Hawkins had previously indicated that she opposed the motion and requested an extension of time to file her opposition, which the Court granted.[2] However, on June 23, 2021, counsel for Hawkins confirmed to the Court that she no longer opposes the motion because she agrees that the law dictates that the motion be granted. Accordingly,

**IT IS ORDERED** that the motion to compel arbitration is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **STAYED AND ADMINISTRATIVELY CLOSED**, to be re-opened on written motion of either party following the conclusion of arbitral proceedings.

New Orleans, Louisiana, June 23, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 9.
[2] R. Doc. No. 12 (motion for an extension); R. Doc. No. 14 (order granting extension).